FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 0 9 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 19-3599 JP |
| vs. | ) 18 U.S.C. §§ 1153 and 1112: |
| | ) Voluntary Manslaughter. |
| **JOHN YOUNGBOY LODGEPOLE**, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about August 1, 2019, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **JOHN YOUNGBOY LODGEPOLE**, an Indian, did, upon a sudden quarrel and heat of passion, and therefore without malice, unlawfully kill Jane Doe.

In violation of 18 U.S.C. §§ 1153 and 1112.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

9/30/2019 3:05 PM