IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 19-3599 JAP |
| | ) | |
| vs. | ) | |
| | ) | |
| **JOHN YOUNGBOY LODGEPOLE**, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

The United States of America respectfully moves that the Court order the Clerk of this Court to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of the San Juan County Adult Detention Center, Aztec, NM, to surrender JOHN YOUNGBOY LODGEPOLE to the United States Marshals Service for the District of New Mexico or his authorized representative and that the United States Marshal or his authorized representative be directed to bring JOHN YOUNGBOY LODGEPOLE to the United States Courthouse for the District of New Mexico for the purpose of prosecution in the above-captioned case.

JOHN YOUNGBOY LODGEPOLE will remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically filed 10/10/2019*
RAQUEL RUIZ VELEZ
Assistant United States Attorney
P.O. Box 607 Albuquerque, NM 87103
(505) 224-1473

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*/s/* _____
RAQUEL RUIZ VELEZ
Assistant United States Attorney