FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 10 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. No. 19-3599 JAP |
| ) | |
| vs. ) | |
| ) | |
| **JOHN YOUNGBOY LODGEPOLE**, ) | |
| ) | |
| Defendant. ) | |

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Prosequendum directed to the Sheriff or Warden of the San Juan County Adult Detention Center, Aztec, NM, it is

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of San Juan County Adult Detention Center to surrender **JOHN YOUNGBOY LODGEPOLE, DOB xx-xx-1999, SSN: xxx-xx-0693**, to the United States Marshal for the District of New Mexico or his representative in order that JOHN YOUNGBOY LODGEPOLE may be taken to the United States Courthouse for the District of New Mexico for prosecution in the above-captioned case before the Honorable United States Magistrate Judge Kirtan Khalsa on Friday, October 25, 2019, at 9:30 a.m.

JOHN YOUNGBOY LODGEPOLE is to remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete, unless otherwise ordered.

_____
United States Magistrate Judge