IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Cr. No. 19-3599 JAP |
| ) | |
| vs. ) | |
| ) | |
| **JOHN YOUNGBOY LODGEPOLE,** ) | |
| ) | |
| Defendant. ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

TO:   Sheriff or Warden of San Juan County Adult Detention Center, Aztec, NM, and to the United States Marshal or his authorized representative

GREETINGS:

You are hereby commanded to deliver **JOHN YOUNGBOY LODGEPOLE, DOB xx-xx-1999, SSN: xxx-xx-0693**, a prisoner in your custody at the San Juan County Adult Detention Center to the United States Marshal for the District of New Mexico, or his representative.

The United States Marshals Service is commanded to produce JOHN YOUNGBOY LODGEPOLE for prosecution before the Honorable United States Magistrate Judge Kirtan Khalsa, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, 320 Rio Grande courtroom, 3rd floor, on October, 25, 2019, at 9:30 a.m.

JOHN YOUNGBOY LODGEPOLE will remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete, unless otherwise ordered.

WITNESS the Honorable Kirtan Khalsa, United States Magistrate Judge of the United States District Court for the District of New Mexico, at Albuquerque, New Mexico, this 10th day of October, 2019.

_____
Mitchell R. Elfers, Clerk of Court

_____
United States Magistrate Judge