# CLERK'S MINUTE SHEET

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable B. Paul Briones

Initial Appearance

| Case Number: | 19cr3599 JAP | UNITED STATES vs. Lodgepole | |
|---|---|---|---|
| Hearing Date: | 10/25/2019 | Time In and Out: | 9:40-9:45 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | Rio Grande |
| Defendant: | John Youngboy Lodgepole | Defendant's Counsel: | Aric Elsenheimer for initial purposes only |
| AUSA: | David Cowan | Pretrial/Probation: | S. Day |
| Interpreter: | N/A | Witness: | |

### Initial Appearance

| | |
|---|---|
| ☒ | Defendant received a copy of charging document |
| ☒ | Court advises defendant(s) of possible penalties and all constitutional rights |
| ☒ | Defendant wants Court appointed counsel |

| | | | |
|---|---|---|---|
| ☒ | Government moves to detain | ☐ | Government does not recommend detention |
| ☒ | Set for Arraignment/Detention Hearing | on Monday, October 28, 2019 | @ 9:30 |

### Preliminary/Show Cause/Identity

| | | | |
|---|---|---|---|
| ☐ | Defendant | | |
| ☐ | Court finds probable cause | ☐ | Court does not find probable cause |

### Detention

| | |
|---|---|
| ☐ | Defendant waives Detention Hearing |
| ☐ | |

### Custody Status

| | |
|---|---|
| ☒ | Defendant  remanded to custody of United States Marshal's Service |
| ☐ | Conditions |

### Other

| | |
|---|---|
| ☐ | Matter referred to      for Final Revocation Hearing |
| ☐ | |