AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of New Mexico

*FILED stamp: ALBUQUERQUE NEW MEXICO OCT 25 2019 MITCHELL R. ELFERS CLERK*

*Stamp: 2019 OCT 10 PM 3:06*

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-3599 JP |
| JOHN YOUNGBOY LODGEPOLE | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOHN YOUNGBOY LODGEPOLE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1153 and 1112: Voluntary Manslaughter.

Date:   10/09/2019

*Issuing officer's signature*

City and state:   Albuquerque, NM

Mitch Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/10/19, and the person was arrested on *(date)* 10/24/19
at *(city and state)* Farmington, NM.

Date: 10/25/19

*Arresting officer's signature*

KENNETH DANIEL
*Printed name and title*

Picked up on WHCAP at San Juan County Detention Ctr