# CLERK'S MINUTE SHEET

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Arraignment/Detention

| | | | |
|---|---|---|---|
| Case Number: | 19cr3599 JAP | UNITED STATES vs. Lodgepole | |
| Hearing Date: | 10/28/2019 | Time In and Out: | 9:56-9:59 |
| Courtroom Deputy: | E. Hernandez | Digital Recording: | Rio Grande |
| Defendant: | John Youngboy Lodgepole | Defendant's Counsel: | Melissa Morris |
| AUSA: | Jennifer Rozzoni | Pretrial/Probation: | D. Ramos |
| Interpreter: | N/A | | |

## Proceedings

| | |
|---|---|
| ☐ | First Appearance by Defendant |
| ☐ | Defendant waived appearance at Arraignment |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant questioned re: time to consult with attorney regarding penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant enters a Not Guilty plea |
| ☒ | Motions due by: Monday, November 18, 2019 |

| | | | |
|---|---|---|---|
| ☒ | Discovery Order electronically entered | ☐ | Discovery Order previously entered |
| ☒ | Case assigned to: Judge Parker | | |
| ☒ | Trial will be scheduled by presiding judge | ☐ | Trial currently set |
| ☒ | Defendant waives Detention Hearing | | |

## Custody Status

| | | |
|---|---|---|
| ☒ | Defendant will remain in custody | |
| ☐ | Conditions | |

## Other

| | |
|---|---|
| ☐ | |