(Rev. 06/19) Waiver of Detention Hearing

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 2 8 2019

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

John Youngboy Lodgepole
_Defendant_

Case No. CR 19-3599 JP

## WAIVER OF DETENTION HEARING

I, __John Youngboy Lodgepole__ charged in: (an indictment, complaint, petition) with __Voluntary Manslaughter__, Title __18__, U.S.C. § 1153 and § 1112, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18. U.S.C. § 3142, including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be detained. However, I reserve the right to petition the court to review my detention and set reasonable conditions of release.

Date: __10/28/19__

__John Lodgepole__
_Defendant's signature_

__[signature]__
_Signature of defendant's attorney_

__Melissa Ann Morris__
_Printed name of defendant's attorney_